FRANK A. FALQUE, as Receiver of the Copartnership of FRANK A. FALQUE et al., Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents. (Claim No. 21713.)

(Argued May 31, 1934; decided July 3, 1934.)

*Robert Daru, Maurice Hellman, Oswald Vischi, Benjamin Lichterman and Harry Malter* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *James R. Creary* of counsel), for People of the State of New York, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.